**Order entered July 30, 2021**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00650-CV

## IN RE WAGES & WHITE LION INVESTMENTS, LLC D/B/A TRITON DISTRIBUTION, SB PREMIUM, LLC D/B/A SUICIDE BUNNY, TIFFANY GRESHAM AND LARRY GRESHAM, Relators

**Original Proceeding from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-00359-C**

## ORDER
Before Justice Molberg, Justice Reichek, and Justice Smith

Based on the Court's opinion of this date, we **DENY** relators' petition for writ of mandamus. We also **DENY** relators' motion for temporary relief and stay as moot.

/s/Ken Molberg
KEN MOLBERG
JUSTICE